O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH FIGGE,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHELM, Warden,<br><br>Respondent. | Case No. 2:16-cv-07408-DSF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition (Dkt. 10), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 43). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 45) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

DATED: 6/6/18

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE