JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH FIGGE,<br>Petitioner,<br>v.<br>SCOTT FRAUENHELM, Warden,<br>Respondent. | Case No. 2:16-cv-07408-DSF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied.

6/6/18
DATED: _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE